# UNITED STATES DISTRICT COURT

__Eastern__ District of __California__

SIA VANG LEE,

Plaintiff

V.

COMMISSIONER OF SOCIAL SECURITY
Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: 1:13-cv-01264 GSA

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X  GRANTED.

The clerk is directed to file the complaint.

X  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

ENTER this __13th__ day of __August__, __2013__.

/s/ Gary S. Austin
Signature of Judicial Officer

Gary S. Austin, U.S. Magistrate Judge
Name and Title of Judicial Officer