BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
SUSAN L. SMITH
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8973
    Facsimile: (415) 744-0134
    Email: Susan.L.Smith@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| SIA VIANG LEE,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:13-cv-01264-GSA<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE HER RESPONSIVE BRIEF; ORDER THEREON** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the schedule outlined in the Court's Case Scheduling Order will be extended by thirty (30) days. The Commissioner's Responsive Brief is currently due on April 28, 2014. After this extension, the Commissioner's Responsive Brief will now be due on May 28, 2014.

1     The undersigned counsel for Defendant seeks this extension due the press of workload including ten briefs due in disability matters in federal district court this month, other general civil litigation in federal district court, and several federal employment matters currently in litigation, including an upcoming hearing.

    This is the Commissioner's first extension request and is requested in good faith.

Respectfully submitted,

Dated: April 28, 2014           By: /s/ *Steven G. Rosales*
                                           (As authorized by email on 4/28/2014)
                                           STEVEN G. ROSALES
                                           Attorney for Plaintiff

Dated: April 29, 2014           BENJAMIN B. WAGNER
                                           United States Attorney

                                         By: /s/ *Susan L. Smith*
                                         SUSAN L. SMITH
                                         Special Assistant U. S. Attorney
                                         Attorneys for Defendant

**ORDER**

    Pursuant to the stipulation of the parties set forth above, the Defendant is granted a 30-day extension of time for filing her responsive brief.  Accordingly, Defendant shall file her responsive brief on or before May 28, 2014.  All other deadlines in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

    Dated:   **April 29, 2014**                **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE