BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
SUSAN L. SMITH
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8973
    Facsimile: (415) 744-0134
    Email: Susan.L.Smith@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SIA VIANG LEE,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:13-cv-01264-GSA<br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the schedule outlined in the Court's Case Scheduling Order will be extended by thirty (30) days. The Commissioner's Responsive Brief is currently due on May 28, 2014. After this

extension, the Commissioner's Responsive Brief will now be due on June 28, 2014.

The undersigned counsel for Defendant seeks this extension due the press of workload including eight briefs due in disability matters in federal district court this month, other general civil litigation in federal district court, and several federal employment matters currently in litigation, including a hearing.

This is the Commissioner's second extension request and is requested in good faith.

Respectfully submitted,

Dated: May 29, 2014          By: /s/ *Steven G. Rosales*
                             (As authorized by email on 5/29/2014)
                             STEVEN G. ROSALES
                             Attorney for Plaintiff

Dated: May 30, 2014          BENJAMIN B. WAGNER
                             United States Attorney

                             By:  /s/ *Susan L. Smith*
                             SUSAN L. SMITH
                             Special Assistant U. S. Attorney
                             Attorneys for Defendant

## **ORDER**

Pursuant to the above stipulation, Defendant shall file its responsive brief no later than **June 28, 2014**.  All other orders contained in this Court's scheduling order issued on August 13, 2013 remain in full force and effect.

IT IS SO ORDERED.

   Dated:   **June 3, 2014**                    /s/ Gary S. Austin
                                       UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28